CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AHMADREZA MORADIPARI,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, in his official capacity as Director, United States Citizenship and Immigration Services, *et al.*,<br><br>Defendants. | Case No. 5:25-cv-10406 NW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; AND ~~[PROPOSED]~~ ORDER** |

The parties hereby stipulate to an extension of time for Defendants' response to Plaintiff's complaint. Defendants will file their response on or before February 20, 2026.

The parties further request a corresponding extension on the deadline for filing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order. Dkt. No. 4. Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or April 7, 2026. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants must file their motion for summary judgment by April 21, 2026.

///

///

Stipulation
C 5:25-cv-10406 NW                                1

Dated: February 3, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 */s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: February 3, 2026

*/s/ Curtis L. Morrison*
CURTIS L. MORRISON
Attorney for Plaintiff

[~~PROPOSED~~] **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  February 10, 2026

NOEL WISE
United States District Judge

---

[1]  In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 5:25-cv-10406 NW                          2