**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

AHMADREZA MORDIPARI,

                              *Plaintiff*,

             v.

JOSEPH B. EDLOW, *in his official capacity
as Director of U.S. Citizenship and
Immigration Services, et al.*,

                          *Defendants*.

Civil No.: 5:25-cv-10406 NW

[PROPOSED] **ORDER ON JOINT
ADMINISTRATIVE REQUEST TO
APPEAR VIA ZOOM**

On April 16, 2026, Parties filed a Joint Administrative Request to Appear Via Zoom

After considering the papers filed in support of and in opposition to the Motion, any oral argument, and the entire record herein, it is hereby:

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date:    April 28, 2026                                                             

Hon. Noël Wise
U.S. District Judge