CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

AHMADREZA MORADIPARI,

Plaintiff,

v.

JOSEPH B. EDLOW, in his official capacity as Director, United States Citizenship and Immigration Services, *et al.*,

Defendants.

Case No. 5:25-cv-10406 NW

**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; AND ~~[PROPOSED]~~ ORDER**

On July 19, 2026, the parties filed a case management statement setting a due date of August 11, 2026, for Defendants' response to Plaintiff's Complaint. Dkt. No. 26. Plaintiff and Defendants respectfully request the Court to grant an extension of time for Defendants' response and set a due date for August 18, 2026. United States Citizenship and Immigration Services scheduled Plaintiff an interview on his Form I-485, Application to Register Permanent Residence or Adjust Status for August 24, 2026. Defendants need a brief period of additional time to prepare their response to the Complaint.

///

///

Dated: August 11, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: August 11, 2026

*/s/ Curtis L. Morrison*
CURTIS L. MORRISON
Attorney for Plaintiff

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 12, 2026

NOEL WISE
United States District Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.